**Order entered October 29, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00820-CV

### BRIGHT EXCAVATION, INC., Appellant

### V.

### POGUE CONSTRUCTION CO., LP AND HARTFORD FIRE INSURANCE CO., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-00591**

## ORDER

Before the Court is appellant's October 25, 2018 second unopposed motion for extension of time to file brief. We **GRANT** the motion and **ORDER** the brief be filed no later than November 19, 2018. We caution that further extension requests will be disfavored.

/s/    ADA BROWN
          JUSTICE